UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

-v.-

OLD MASTERS CLEANERS, INC.,
Respondent.

**NOTICE OF PETITION
08 CIV. 7116 (PKC)**

Sir(s):

**PLEASE TAKE NOTICE**, that upon the annexed Petition of David C. Sapp, Esq. duly verified the 7th day of August 2008, and the accompanying Memorandum of Law, the undersigned will Petition this Court, before the Honorable P. Kevin Castel, on the ___ day of _____ 2008, at ____ A.M./P.M., in the morning of that day, or as soon thereafter as counsel may be heard, for an order confirming the arbitration award of Philip Ross, dated June 17, 2008, and granting the Petitioners judgment in the amount of $1,655.91 together with the interest on the principal amount from the date of the Arbitration Award to the date of the judgment, plus costs, and directing Respondent to produce to Petitioners for examination of all of Respondent's payroll records including, but not limited to, social security quarterly reports, weekly payroll journals, state employment insurance records, cash disbursement books, summary quarterly reports and any other books or records which are required by Petitioners to determine Respondent's liability to the Petitioners for the period of April 1, 2008 through May 31, 2008, and such other and further relief as the Court may allow.

Dated: August 14, 2008
       New York, New York

Yours, etc.

David C. Sapp – DS 5781
Attorney for Petitioners
730 Broadway, 9th Floor
New York, New York 10003-9511
(212) 539-5576

To:   Old Masters Cleaners, Inc.
      266 West 72nd Street
      New York, New York 10023